NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SCHOOL BOARD OF POLK COUNTY,    )
    )
    Appellant,    )
    )
v.    )    Case No.  2D17-813
    )
FLORIDA CHARTER EDUCATIONAL    )
FOUNDATION, INC., AND POLK    )
CHARTER ACADEMY,    )
    )
    Appellees.    )
_____)

Opinion filed February 9, 2018.

Appeal from the School Board of Polk
County, Florida.

W. A. Crawford of Boswell &
Dunlap, LLP, Bartow, for Appellant.

Edward J. Pozzuoli and Stephanie
Alexander of Tripp Scott, P.A., Fort
Lauderdale, for Appellees.


PER CURIAM.


    Affirmed.


LaROSE, C.J., and SLEET and BADALAMENTI, JJ., Concur.